In the Matter of the Claim of VINCENZO UCCIARDINO, Respondent, against TRI-BORO ASPHALT CORPORATION et al., Appellants, and THE TRAVELERS INSURANCE COMPANY, Respondent.

STATE INDUSTRIAL BOARD, Respondent.

(Submitted January 15, 1935; decided February 26, 1935.)

*Charles P. Barre* for The American Employers' Insurance Company, appellant.

*William B. Davis* and *E. C. Sherwood* for The Travelers Insurance Company, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.